# ELECTRONIC RECORD

COA #  11-12-00318-CR          OFFENSE: 22.02

STYLE:  **Bruce Todd Benson v.**
**The State of Texas**          COUNTY:  Stonewall

COA DISPOSITION:    AFFIRMED          TRIAL COURT: 39th District Court

DATE: 10/16/14          Publish: NO   TC CASE #:    1885

# IN THE COURT OF CRIMINAL APPEALS

STYLE:  **Bruce Todd Benson v.**
**The State of Texas**          CCA #:   **PD-1535-14**

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: __02/04/2015__          SIGNED: _____   PC: _____

JUDGE: __Per Curiam__          PUBLISH: _____   DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD